PROB 12B  
(Rev. 09/03)

UNITED STATES DISTRICT COURT

for

DISTRICT OF OREGON

PETITION AND ORDER  
FOR MODIFICATION OF  
CONDITIONS OF  
SUPERVISED RELEASE

U.S.A. vs. JEREMY DAVID ROSENBLOOM       FILED'08 AUG 13 11:01 USDC-ORP

Docket No. CR 02-302-03-RE

### Petition on Probation and Supervised Release

COMES NOW MATTHEW K. PREUITT, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jeremy Rosenbloom, who was placed on supervision by The Honorable James A. Redden sitting in the court at Portland, Oregon, on the 2nd day of October, 2003, who fixed the period of supervision at 3 years,* and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms.

*Term of supervised release commenced on September 11, 2006.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

The defendant has a history of substance abuse which has been an element of the offender's criminal history and instant offense. Drug testing is the most reliable method for monitoring the defendant's substance abuse.

The Ninth Circuit Court of Appeals' finding in *Stephens* limits the probation officer to three random substance abuse tests outside of a treatment program, pursuant to 18 USC § 3583(d). The defendant's history warrants continuing substance abuse monitoring.

The defendant has agreed to the proposed modification and waived the personal appearance before the Court.

**PRAYING THAT THE COURT WILL ORDER** upon consideration of factors set forth in 18 USC § 3553(a), that the defendant's conditions of supervised release be modified to include the following added special condition(s):

> The defendant shall participate in a substance abuse treatment program as directed by the probation officer which may include urinalysis testing to determine if the defendant has used drugs or alcohol. In addition to urinalysis testing that may be part of a formal drug treatment program, the defendant shall submit up to eight (8) urinalysis tests per month.

ORDER OF THE COURT

Considered and ordered this 12 day of August, 2008, and ordered filed and made a part of the records in the above case.

_____  
The Honorable James A. Redden  
Senior U.S. District Judge

Respectfully,

_____  
Matthew K. Preuitt  
U.S. Probation Officer

Place: Portland, Oregon

Date: August 12, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON—PROBATION OFFICE

## WAIVER OF HEARING TO MODIFY CONDITIONS OF PROBATION/SUPERVISED RELEASE

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release.

**The defendant shall participate in a substance abuse treatment program as directed by the probation officer which may include urinalysis testing to determine if the defendant has used drugs or alcohol. In addition to urinalysis testing that may be part of a formal drug treatment program, the defendant shall submit up to eight (8) urinalysis tests per month.**

Witness: _Matthew K Prasil_
U.S. Probation Officer

Signed: _[signature]_
Jeremy Rosenbloom
Probationer or Supervised Releasee

Date: _8/7/08_

Waiver of Hearing - Modify Cond (Prob 49-OR) (10-19-05)